UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ADAM CHARLES CARR, | CASE NO. 4:20-cv-02736 |
| Plaintiff, | OPINION & ORDER [Resolving Doc. 15] |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Plaintiff Adam Charles Carr seeks judicial review of the Defendant Commissioner of Social Security final decision denying applications for disability insurance benefits and supplemental security income. On March 29, 2022, Judge Darrell A. Clay recommended that the Court vacate the Commissioner's decision and remand the case for further consideration.[1]

Under the Federal Magistrates Act, a district court must conduct a *de novo* review of those portions of a Report and Recommendation to which the parties have objected.[2] Absent objection, a district court may adopt a Report and Recommendation without review.[3]

Here, the Government has declined to file objections,[4] so this Court may adopt the Report and Recommendation without further review. Moreover, having conducted its own

---

[1] Doc. 15.
[2] 28 U.S.C. § 636(b)(1).
[3] *Thomas v. Arn*, 474 U.S. 140, 149 (1985); L.R. 72.3(b).
[4] Doc. 16.

Case No. 4:20-cv-02736
Gwin, J.

review of the petition and record, the Court agrees with Judge Clay's determinations.

Accordingly, the Court **ADOPTS** Judge Clay's Report and Recommendation, incorporating it fully herein by reference, **VACATES** the Commissioner's final decision, and **REMANDS** this case consistent with the Report and Recommendation.

IT IS SO ORDERED.

Dated: May 6, 2022            *s/     James S. Gwin*
                                                       JAMES S. GWIN
                                                       UNITED STATES DISTRICT JUDGE